

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2019

No. 04-19-00025-CR

Guillermo **CAPETILLO**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRB000381 D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellant's third motion for extension of time to file his brief is GRANTED. Appellant's brief is due on or before **December 10, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court